CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 2 3 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVON BELL, | ) |
| | ) Civil Action No. 7:09-CV-00214 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Hon. Glen E. Conrad |
| CITY OF ROANOKE SHERIFF'S OFFICE, et al., | ) United States District Judge |
| | ) |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Deputy Young's motion to dismiss shall be and hereby is **DENIED**.

2. The City of Roanoke Sheriff's Office and Sheriff Johnson's motion to dismiss shall be and hereby is **GRANTED** in part and **DENIED** in part.

3. All claims against the defendants in their official capacities, and all claims against the City of Roanoke Sheriff's Office, shall be dismissed. The plaintiff's conspiracy count as alleged against Sheriff Johnson shall be taken under advisement.

4. Inasmuch as the City of Roanoke Sheriff's Office has been dismissed, the case shall hereinafter be styled Bell v. Johnson et al.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTER**: This 23rd day of December, 2009.

United States District Judge